IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                            CASE NO. 1:94-cr-01036-MP All Defendants

JAMES R YOUNG,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 165, Mr. Young's motion for a certificate of appealability regarding the Court's order at Doc. 164. For the reasons stated in that order, the Court finds that Petitioner fails to make a substantial showing of the denial of a constitutional right and the issues are not adequate enough to deserve encouragement to proceed further. Accordingly, no certificate of appealability is appropriate in this case, and the motion at Doc. 165 is denied.

    **DONE AND ORDERED** this _18th_ day of October, 2011

                                        *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge